Generated: Nov 14, 2023 3:28PM | Page 1/1



# U.S. District Court

### Virginia Eastern - Alexandria

Receipt Date: Nov 14, 2023 3:28PM

Yuri Couto

| Rcpt. No: 100004657 | | Trans. Date: Nov 14, 2023 3:28PM | | | Cashier ID: #JB |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #28848335220 | 11/14/2023 | $402.00 |

Total Due Prior to Payment: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: Case# 1:23cv1546 / New Civil Filing

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.