

**UNITED STATES POSTAL SERVICE.**

Retail

**P**

US POSTAGE PAID

**$9.65**

Origin: 33617
11/08/23
1189460617-13

**PRIORITY MAIL®**

0 Lb 14.00 Oz

**RDC 03**

EXPECTED DELIVERY DAY:   11/13/23

C031

SHIP
TO:   401 COURTHOUSE SQ
ALEXANDRIA VA 22314-5701

USPS TRACKING® #

9505 5154 4134 3312 1627 27

P S 0 0 0 0 1 0 0 0 0 1 4       EP14F July 2013
OD: 12.5 x 9.5

**PRIORITY MAIL**
★ MAIL ★

**UNITED STATES POSTAL SERVICE.**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

FROM: Yuri-Jacintho: Couto, Agent
c/o 9302 N 28ᵗʰ St
Tampa, Florida [33612]

TO: Eastern District of VA
Albert Bryan US District Courthouse
401 Courthouse Square
Alexandria, VA 22314

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



**UNITED STATES POSTAL SERVICE.**