AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-01546-MSN-LRV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED DEC - 1 2023 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

This summons for *(name of individual and title, if any)* NAVY FEDERAL CREDIT UNION

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I personally made the service of process of the summons and complaint to Defendant through certified mail by US Postal Service, tracking number 9589 0710 5270 1338 5867 13

9589 0710 5270 1338 5867 13

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 11/24/23 [11/25/23 crossed out] JC

/s/ Yuri-Jacintho: Couto, Agent, without recourse
Server's signature

Yuri-Jacintho: Couto, Agent
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: