IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| YURI COUTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-01546-MSN-LRV |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., hereby enters his appearance in the above-titled action on behalf of Defendant Navy Federal Credit Union. I certify that I am admitted to practice in this Court.

Dated: December 15, 2023

Respectfully submitted,

 /s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com

*Counsel for Defendant Navy Federal Credit Union*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December 2023 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the foregoing upon the following:

Yuri Couto
9302 N 28th St
Tampa, FL 33612
813-846-2395
Email: Yuric96@yahoo.ca

*Pro se Plaintiff*

    /s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for Defendant*