## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| YURI COUTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-01546-MSN-LRV |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Navy Federal Credit Union ("Navy Federal") hereby moves for an Order dismissing each of Plaintiff's claims in the Complaint for the reasons stated in the concurrently filed Memorandum in Support.

Dated: December 15, 2023

Respectfully submitted,

/s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant Navy Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 2023 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the foregoing upon the following:

> Yuri Couto
> 9302 N 28th St
> Tampa, FL 33612
> 813-846-2395
> Email: Yuric96@yahoo.ca
>
> *Pro se Plaintiff*

>     /s/ Micah E. Ticatch
> Micah E. Ticatch, Va. Bar No. 83351
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> mticatch@islerdare.com
>
> *Counsel for Defendant*