**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| **YURI COUTO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:23-cv-01546-MSN-LRV |
| | ) |
| **NAVY FEDERAL CREDIT UNION,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE TO PLAINTIFF OF DISPOSITIVE MOTION**

Please take Notice that, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) and Local Rule 7(K), Defendant Navy Federal Credit Union hereby provides you with the following warning:

1. You are entitled to file a response opposing Defendant's Motion to Dismiss. Any such response must be filed within twenty-one (21) days of the date on which the Motion to Dismiss was filed.

2. The Court could dismiss this action on the basis of Defendant's papers if you do not file a response.

3. You must identify all facts stated by Defendant with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury).

4. You are also entitled to file a legal brief in opposition to the Motion to Dismiss filed by Defendant.

2

Dated: December 15, 2023                    Respectfully submitted,

  /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December 2023 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the foregoing upon the following:

> Yuri Couto
> 9302 N 28th St
> Tampa, FL 33612
> 813-846-2395
> Email: Yuric96@yahoo.ca
>
> *Pro se Plaintiff*

      /s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for Defendant*