**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **YURI COUTO,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 1:23-cv-01546-MSN-LRV |
| | ) |
| **NAVY FEDERAL CREDIT UNION,** | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward Lee Isler of the law firm of Isler Dare, P.C., hereby enters his appearance in the above-titled action on behalf of Defendant Navy Federal Credit Union. I certify that I am admitted to practice in this Court.

Dated: December 15, 2023                                      Respectfully submitted,

                                                                        /s/ Edward Lee Isler
                                                            Edward Lee Isler, Va. Bar No. 27985
                                                            Isler Dare, P.C.
                                                            1945 Old Gallows Road. Suite 650
                                                            Vienna, Virginia 22182
                                                            Phone: (703) 748-2690
                                                            Facsimile: (703) 748-2695
                                                            eisler@islerdare.com

                                                            *Counsel for Defendant Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December 2023 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the foregoing upon the following:

>Yuri Couto
>9302 N 28th St
>Tampa, FL 33612
>813-846-2395
>Email: Yuric96@yahoo.ca
>
>*Pro se Plaintiff*

>/s/ Edward Lee Isler
>Edward Lee Isler, Va. Bar No. 27985
>ISLER DARE, P.C.
>1945 Old Gallows Road. Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Facsimile: (703) 748-2695
>eisler@islerdare.com
>
>*Counsel for Defendant Navy Federal Credit Union*