IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| YURI COUTO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:23-cv-01546-MSN-LRV |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## NOTICE OF HEARING

Please take notice that on Friday, January 19, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Navy Federal Credit Union ("Navy Federal"), through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Defendant's Motion to Dismiss.

Dated: December 18, 2023         Respectfully submitted,

                                                 /s/ Micah E. Ticatch
                                              Edward Lee Isler, Va. Bar No. 27985
                                              Micah E. Ticatch, Va. Bar No. 83351
                                              ISLER DARE, P.C.
                                              1945 Old Gallows Road. Suite 650
                                              Vienna, Virginia 22182
                                              Phone: (703) 748-2690
                                              Facsimile: (703) 748-2695
                                              eisler@islerdare.com
                                              mticatch@islerdare.com

                                              *Counsel for Defendant Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of December 2023 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the foregoing upon the following:

>Yuri Couto
>9302 N 28th St
>Tampa, FL 33612
>813-846-2395
>Email: Yuric96@yahoo.ca
>
>*Pro se Plaintiff*

>    /s/ Micah E. Ticatch
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for Defendant*

2