UNITED STATES DISTRICT COURT
EASTERN DISTRICT of VIRGINIA

YURI COUTO,

an individual,

-against-

NAVY FEDERAL CREDIT UNION,
a Virginia corporation.

Serve on Agent:
Eddie Isler, Founder
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, VA 22182

Case 1:23-CV-01546-MSN-LRV

**Motion to Strike Defendant's Answer and Challenge Authority of Alleged Agent**

Plaintiff hereby moves before the Honorable Judges Michael S. Nachmanoff and Lindsey R. Vaala of United States District Court for the Eastern District of Virginia, at the Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, for an order to grant Plaintiff's Motion to Strike Defendant's Answer and for entry of Defendant's default and judgment in Plaintiff's favor, and to challenge the Defendant's alleged attorney's agency, for the reasons outlined in the supplemental Memorandum Affidavit in Support of Plaintiff's Motion to Strike Defendant's Answer and Challenge Authority of Alleged Agent.

Respectfully submitted under penalty of perjury under the laws of the United States of America,

    /s/ Couto, Yuri-Jacintho, Agent without prejudice    Date: December 21, 2023
    YURI J COUTO
    c/o 9302 N 28th St
    Tampa, FL 33612
    Hillsborough County
    813-846-2395
    Yuric96@yahoo.ca

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that this document has been served upon the Defendant as required by the FRCP, and that included with it was a voucher (Exhibit P-23) for pre-payment of any settlement funds, which may be drawn on by Navy Federal Credit Union to deliver the full Settlement Relief Amount (**One hundred Trillion dollars, $100,000,000,000,000.00**) to Plaintiff's Account XXXXXX6660. Service to defendant is made by mailing of the instrument and motion documents by express USPS mail, tracking number EK838977733US and electronic pdf mail of the digital versions of the same to attorney's service email address of record.

12/21/2023              /s/ Couto, Yuri-Jacintho: Agent without prejudice

Dated                     Plaintiff's Signature

    YURI J COUTO
    9302 N 28th St, Tampa, FL 33612, Hillsborough County
    813-846-2395
    Yuric96@yahoo.ca