## Change of Address and Status Request

Send forms for

☐ Change of Name  ☐ Change of Social Security No.

| Rank/Rate | Name: First | MI | Last | Suffix | Account Number Affected |

Access No. ████ 109

Home Telephone No.

Effective Date (MM/DD/YY)

Cell Phone or Other Contact No.

Mailing Address: Street

City

State

Zip Code

Military

☐ FPO  ☐ APO

Credit Card Account Number

### Important! Enter requested information below.

**CURRENT STATUS**

**Employee Status:**

☐ Active Military (A)
☐ Fully Retired (R)
☐ Non-Wage Earner (U)
☐ Club/Public Acct. (P)
☐ Active Federal Civil Service (B)
☐ Employed Outside Federal Service (O)
☐ Retired Federal Service, Currently Employed (E)

☐ Change of Address—If joint account, does this apply to joint owner(s)?
☐ Yes  ☐ No

☒ Substitute Deposit Voucher

Signature of NFCU Member ▶

Rank/Grade

Social Security No. ████ 8973

Handwritten in margin: "Acceptance means retention of these instruments as valuable consideration for contract."



EXHIBIT P-23