# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| YURI COUTO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:23-cv-01546-MSN-LRV |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## NOTICE OF HEARING

Pursuant to Local Rule 7(E), please take notice that on Friday, January 19, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Navy Federal Credit Union ("Navy Federal"), through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Plaintiff's Motion to Strike Defendant's Answer and Challenge Authority of Alleged Agent" (Dkt. 11).

Dated: January 5, 2024

Respectfully submitted,

/s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the foregoing upon the following:

>Yuri Couto
>9302 N 28th St
>Tampa, FL 33612
>813-846-2395
>Email: Yuric96@yahoo.ca
>
>*Pro se Plaintiff*

>        /s/ Micah E. Ticatch
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for Defendant*

2