UNITED STATES DISTRICT COURT
EASTERN DISTRICT of VIRGINIA



YURI COUTO,

an individual,

-against-

Case 1:23-CV-01546-MSN-LRV

NAVY FEDERAL CREDIT UNION,
a Virginia corporation.

Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

**Motion for Summary Judgment and Entry of Defendant's Default**

Plaintiff hereby moves before the Honorable Judges Michael S. Nachmanoff and Lindsey R. Vaala of United States District Court for the Eastern District of Virginia, at the Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, for an order entering Defendant's Default and for Summary Judgment on this Case.

The alleged attorney claiming to represent Defendant has established zero authority of any agency, rendered all their attempted pleadings and filings null and void, and which should be stricken from the record of this Case, at the Honorable Judges' Order, with a subsequent Summary Judgment at the Honorable Court's most practicable convenience.

Very respectfully submitted under penalty of perjury within the laws of the United States of America,

| | |
|---|---|
| /s/ Couto, Yuri-Jacintho, Agent without prejudice<br>YURI J COUTO<br>c/o 9302 N 28th St<br>Tampa, FL 33612<br>Hillsborough County<br>813-846-2395<br>Yuric96@yahoo.ca | Date: January 5, 2024 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that this document has been served upon the Defendant as required by the FRCP.

Service to defendant is made by mailing of this motion document to the Defendant's principle place of business by first class mail, and by electronic mail of the digital documents to alleged attorney's service email address of record.

| | |
|---|---|
| 1/5/2024 | /s/ Couto, Yuri-Jacintho: Agent without prejudice |
| Dated | Plaintiff's Signature |

YURI J COUTO
9302 N 28th St, Tampa, FL 33612, Hillsborough County
813-846-2395
Yuric96@yahoo.ca