Couto, Yuri – Jacintha Agent
c/o 9302 N 28th St
Tampa, Florida [33612]

TAMPA FL 335
SAINT PETERSBURG FL
6 JAN 2024 PM 6 L

RECEIVED MAILROOM
JAN 10 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

U.S. MARSHALS

Albert V. Bryan U.S. Courthouse

401 Courthouse Square

Alexandria, VA 22314

22314-570499