Couto, Yuri Jacintho Assad
c/o 9302 N 28th St
Tampa, Florida [33612]

U.S. MARSHAL

RECEIVED
MAILROOM
JAN 17 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

TAMPA FL 335
SAINT PETERSBURG FL
12 JAN 2024 PM 6 L

U.S. District Court Clerk
Attn: Pro Se Division
401 Courthouse Square
Alexandria, VA 22314