

POSTAGE PAID
PME 1-Day
TAMPA, FL 33610
JAN 18, 2024

22314

$28.75

R2304E107128-24

RDC 07

PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

EI 930 597 958 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (813) 846-2395
Couto, Yuri-Jacintho, Agent w/out prej.
c/o 9302 N 28th St
Tampa, Florida [33612]

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☒ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE ( )
Albert V. Bryan U.S. Courthouse
Attn: Chief Judge Hon. Mark S. Davis
401 Courthouse Square
Alexandria, VA 22314
ZIP + 4® (U.S. ADDRESSES ONLY)
2 2 3 1 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**US MARSHALS SERVICE**

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 33610
Scheduled Delivery Date (MM/DD/YY): 1/19/24
Postage: $28.78
Date Accepted (MM/DD/YY): 1/18/24
Scheduled Delivery Time: ☐ 6:00 PM
Time Accepted: ☐ AM ☐ PM
Flat Rate   Acceptance Employee Initials
Total Postage & Fees: 28.78

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

← PEEL FROM THIS CORNER

CLERK, U.S. DISTRICT COURT ALEXANDRIA VIRGINIA
JAN 22 2024
RECEIVED MAILROOM




