POSTAGE PAID
PME 1-Day
TAMPA, FL 33610
JAN 18, 2024

22314

$28.75

RDC 07

R2304E107128-24

PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

EI 930 597 958 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)  PHONE (813) 846-2395

Couto, Yuri-Jacintho, Agent w/out prej.
c/o 9302 N 28th St
Tampa, Florida [33612]

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED
☒ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT)  PHONE ( )

Albert V. Bryan U.S. Courthouse
Attn: Chief Judge Hon. Mark S. Davis
401 Courthouse Square
Alexandria, VA 22314

**ZIP + 4®:** 2 2 3 1 4 - ___

RECEIVED MAIL ROOM — CLERK, U.S. DISTRICT COURT, ALEXANDRIA, VIRGINIA — JAN 2 2 2024

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

U.S. MARSHALS SERVICE

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day  ☐ 2-Day  ☒ Military  ☐ DPO

PO ZIP Code: 33610
Scheduled Delivery Date: 1/19/24
Postage: $28.78

Date Accepted: 1/18/24
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee:
COD Fee:

Time Accepted: ☐ AM ☐ PM
Return Receipt Fee:
Live Animal Transportation Fee:

Special Handling/Fragile:
Sunday/Holiday Premium Fee:
Total Postage & Fees: $28.78

Weight: ___ lbs. ___ ozs.  ☐ Flat Rate
Acceptance Employee Initials: [signature]

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt / Time / Employee Signature
Delivery Attempt / Time / Employee Signature

LABEL 11-B, NOVEMBER 2023  PSN 7690-02-000-9996

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.