

**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

POSTAGE PAID
PME 1-Day
TAMPA, FL 33610
JAN 18, 2024
22314
$28.75
R2304E107128-24
RDC 07

**FROM:** (PLEASE PRINT) PHONE (813) 846-2395
Couto, Yuri-Jacintho, Agent w/out prej.
c/o 9302 N 28th St
Tampa, Florida [33612]

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☒ No Saturday Delivery

**TO:** (PLEASE PRINT) PHONE ( )
Albert V. Bryan U.S. Courthouse
Attn: Chief Judge Hon. Mark S. Davis
401 Courthouse Square
Alexandria, VA 22314
ZIP+4: 22314

EI 930 597 958 US

PO ZIP Code: 33610
Scheduled Delivery Date: 1/19/24
Postage: $28.78
Date Accepted: 1/18/24
Total Postage & Fees: 28.78

CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA
JAN 22 2024
RECEIVED MAILROOM

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP



