POSTAGE PAID
PME 1-Day
TAMPA, FL 33610
JAN 18, 2024

22314
$28.75

RDC 07
R2304E107128-24

PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS®**

EI 930 597 958 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (813) 846-2395

Couto, Yuri-Jacintho, Agent w/out prej.
c/o 9302 N 28th St
Tampa, Florida [33612]

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☒ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE ( )

Albert V. Bryan U.S. Courthouse
Attn: Chief Judge Hon. Mark S. Davis
401 Courthouse Square
Alexandria, VA 22314

ZIP + 4® (U.S. ADDRESSES ONLY)
2 2 3 1 4 - ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

RECEIVED MAIL ROOM JAN 22 2024 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

U.S. MARSHAL'S SERVICE

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day  ☐ 2-Day  ☒ Military  ☐ DPO

PO ZIP Code: 33610
Scheduled Delivery Date (MM/DD/YY): 1/19/24
Postage: $28.78

Date Accepted (MM/DD/YY): 1/18/24
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: ☐ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 28.78

Weight:  lbs.  ozs.
☐ Flat Rate
Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996