IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YURI COUTO,<br><br>*Plaintiff,*<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>*Defendant.* | No: 1:23-cv-1546 (MSN/LRV) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Review (Dkt. 19). The Court dismissed this case with prejudice on January 16, 2024. *See* Dkt. 16. Plaintiff's motion seeks review of this Court's dismissal "by the Chief Judge Honorable Mark S. Davis" and repeats several arguments presented in Plaintiff's previous filings. To the extent Plaintiff's motion is construed as a Rule 60(b) motion for relief from the Court's dismissal order, the motion will be denied because Plaintiff has not identified any valid grounds under the Rule that would warrant relief from the order.

If Plaintiff wishes to seek review of this Court's order by another court, Plaintiff must file a Notice of Appeal for review in the United States Court of Appeals for the Fourth Circuit within thirty (30) days of this Order. *See* Fed. R. Civ. P. 4(a)(1)(A), (a)(4)(vi). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Review (Dkt. 19) is **DENIED**.

SO ORDERED.

/s/  
Michael S. Nachmanoff  
United States District Judge  
Hon. Michael S. Nachmanoff  
United States District Judge

Alexandria, Virginia  
January 29, 2024

2